# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| EVELINE ADAMS WARING, M.D., ) | |
| ) | No. 2:14-cv-04299-DCN |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ROPER ST. FRANCIS PHYSICIAN ) | |
| NETWORK; DOUGLAS BOWLING; ) | |
| JOHN J. HALLETT, JR., M.D.; and ) | |
| MOHAMMAD DAUD NAWABI, M.D., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court on motions filed by third parties Steven D. Shapiro, M.D. and Carealliance Health Services requesting that the court quash the respective state court subpoenas served on them by plaintiff. Following service of the subpoenas the matter was removed to federal court. Plaintiff agrees that following removal, any discovery is governed by federal law. Therefore, the court **GRANTS** the motions and **QUASHES** the state court subpoenas.

**AND IT IS SO ORDERED**.

**DAVID C. NORTON**
**UNITED STATES DISTRICT JUDGE**

**December 11, 2014**
**Charleston, South Carolina**

1